UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CPI Card Group, Inc., and<br>CPI Card Group-Minnesota, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>John Dwyer,<br>Multipackaging Solutions, Inc.,<br>John Searfoss, and<br>Ken Glinert<br><br>Defendants. | Court File No.  17-cv-03983-SRN-BRT<br><br>**DECLARATION OF<br>NATHAN BALL SUBMITTED IN<br>CONNECTION WITH PLAINTIFFS'<br>MOTION TO EXPAND PRELIMINARY<br>INJUNCTION ORDER<br>(SEARFOSS AND GLINERT)**<br><br>**(FILED UNDER SEAL)** |

My name is Nathan Ball, and I am a paralegal at Briggs and Morgan, P.A. in Minneapolis, Minnesota. I make this declaration in support of Plaintiff's Motion to Expand Preliminary Injunction Oder.

1. Attached as **Exhibit 1** is a true and correct copy of the December 29, 2017, Memorandum Opinion and Order – FILED UNDER SEAL [Dkt. 213].

2. Attached as **Exhibit 2** is a true and correct copy of the February 20, 2018, Order [Dkt. 268].

3. Attached as **Exhibit 3** is a true and correct copy of the February 27, 2018, Amended Plan in Response to Preliminary Injunction [Dkt. 271].

4. Attached as **Exhibit 4** is a true and correct copy of the November 7, 2017, Plaintiff's Motion for Preliminary Injunction [Dkt. 143].

10893976v1

5. Attached as **Exhibit 5** is a true and correct copy of the April 25, 2018, Second Amended Complaint [Dkt. 294 & 296].

6. Attached as **Exhibit 6** are true and correct copies of the October 14, 2017, Notice of Rule 30 Deposition of Defendant Ken Glinert, and p. 18 of the October 26, 2017, Deposition of Ken Glinert.

7. Attached as **Exhibit 7** are true and correct copies of the October 14, 2017, Notice of Rule 30 Deposition of Defendant John Searfoss, and p. 18 of the October 26, 2017, Deposition of John Searfoss.

8. Attached as **Exhibit 8** is a true and correct copy of an August 1, 2017, email string from John Dwyer to Candy Wise of Group-O [MPS Deposition Exhibit 67, MPS-000763-767].

9. Attached as **Exhibit 9** is a true and correct copy of an August 11, 2017 email string from Candy Wise of Group-O to John Dwyer, produced by non-party Alchemy Plastics [Alchemy00080]. This email conversation appears to be a continuation of the conversation begun August 1, 2017 in Exhibit 8 above, but was not produced by MPS.

10. Attached as **Exhibit 10** is a true and correct copy of a March 29, 2017, text message conversation between John Dwyer and Mike Howard of CPI Card Group Inc. [JD 0002016].

11. Attached as **Exhibit 11** is a true and correct copy of an March 29, 2017, text message conversation between Ken Glinert and John Dwyer [JD 0002013].

12. Attached as **Exhibit 12** is a true and correct copy of an April 4, 2017, email string from Ken Glinert to John Dwyer [MPS Deposition Exhibit 68, MPS-001015].

13. Attached as **Exhibit 13** is a true and correct copy of the Second Declaration of Margaret O'Leary [Dkt. 185].

14. Attached as **Exhibit 14** is a true and correct copy of the November 17, 2017, Third Declaration of John Dwyer [Dkt. 170].

15. Attached as **Exhibit 15** is a true and correct copy of an October 18, 2017, email string between John Searfoss, Chris Molke, John Dwyer, et al., produced by non-party Alchemy Plastics [ALCHEMY00104].

16. Attached as **Exhibit 16** is true and correct copy of the "About-Alchemy Plastics" page downloaded from http://alchemyplastics.com/about.html identifying Chris Molke as CEO and Founder.

17. Attached as **Exhibit 17** is a true and correct copy of "Catalyst Card Company Information" page available online at https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapld=270760819 identifying Chris Molke as CEO of Catalyst Card Company.

18. Attached as **Exhibit 18** is a true and correct copy of a letter from Catalyst Card Company counsel David Ball to CPI counsel McDaniel, dated March 20, 2018.

19. Attached as **Exhibit 19** is true and correct copy of a letter received via facsimile from MPS counsel Benkstein to CPI counsel McDaniel, dated March 16, 2018, responding to CPI's subpoena to Catalyst and informing that MPS had acquired Catalyst.

10893976v1

20. Attached as **Exhibit 20** is a true and correct copy of pp. 295-296 of MPS Deposition Exhibit 44 [SEARFOSS-000259 – SEARFOSS-000335].

21. Attached as **Exhibit 21** is a true and correct copy of pp. 326, 330-331 of MPS Deposition Exhibit 44 [SEARFOSS-000259 – SEARFOSS-000335].

22. Attached as **Exhibit 22** is a true and correct copy of p. 8 of MPS Deposition Exhibit 43 [SEARFOSS-000001 – SEARFOSS-000028].

23. Attached as **Exhibit 23** is a true and correct copy of Dwyer Deposition Exhibit 27.

24. Attached as **Exhibit 24** is a true and correct copy of pp. 304; 333 of MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

25. Attached as **Exhibit 25** is a true and correct copy of p. 262 of MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

26. Attached as **Exhibit 26** is a true and correct copy of p. 298 of MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

27. Attached as **Exhibit 27** is a true and correct copy of 277-282; 327-328 of MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

28. Attached as **Exhibit 28** is a true and correct copy of p. 9 of MPS Deposition Exhibit 43[SEARFOSS-000001 – SEARFOSS-000028].

29. Attached as **Exhibit 29** is a true and correct copy of the October 12, 2017, Declaration of John Searfoss [Dkt. 177].

30. Attached as **Exhibit 30** is a true and correct copy of pp. 274-275 of MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

31. Attached as **Exhibit 31** is a true and correct copy of MPS Deposition Exhibit 64, June 13, 2017 email from John Dwyer to John Searfoss [SEARFOSS-000136 – SEARFOSS-000140].

32. Attached as **Exhibit 32** is a true and correct copy of MPS Deposition Exhibit 65, June 13, 2017 email string between John Dwyer, John Searfoss, and Chris Molke [SEARFOSS-000131 – SEARFOSS-000135].

33. Attached as **Exhibit 33** is a true and correct copy of MPS Deposition Exhibit 63, June 13, 2017 email from John Dwyer to John Searfoss [SEARFOSS-000143].

34. Attached as **Exhibit 34** is a true and correct copy of MPS Deposition Exhibit 60, June 13, 2017 email string between John Dwyer, John Searfoss, and Chris Molke [SEARFOSS-000141; SEARFOSS-000210 – SEARFOSS-000211].

35. Attached as **Exhibit 35** is a true and correct copy of the November 17, 2017, MPS Defendants' Memorandum in Opposition to CPI's Motion for Preliminary Injunction [Dkt. 172].

36. Attached as **Exhibit 36** is a true and correct copy of p. 294, MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

37. Attached as **Exhibit 37** is a true and correct copy of p. 305, MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

38. Attached as **Exhibit 38** is a true and correct copy of MPS Deposition Exhibit 59, June 30, 2017 email string between John Searfoss and another individual within MPS [MPS-001041 – MPS-001043].

39.     Attached as **Exhibit 39** is a true and correct copy of 302, MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

40.     Attached as **Exhibit 40** is a true and correct copy of p. 271, MPS Deposition Exhibit 44 [SEARFOSS-000259-SEARFOSS000335].

41.     Attached as **Exhibit 41** is a true and correct copy of Glinert Deposition Exhibit 8, May 18, 2017 email from John Dwyer to John Searfoss, and Ken Glinert [JD_0000206 – JD_0000210].

42.     Attached as **Exhibit 42** is a true and correct copy of Glinert Deposition Exhibit 9 (referring to Glinert Deposition Exhibit 8), May 19, 2017 email string between John Searfoss, Ken Glinert, and John Dwyer [JD_0001442 - JD_0001444].

43.     Attached as **Exhibit 43** is a true and correct copy of the October 12, 2017, Declaration of Ken Glinert [Dkt. 174].

44.     Attached as **Exhibit 44** is a true and correct copy of pp. 94-100 of the October 26, 2017, Deposition Transcript of Kenneth Glinert.

45.     Attached as **Exhibit 45** is a true and correct copy of pp. 62-65 of the October 26, 2017, Deposition Transcript of John Searfoss.

46.     Attached as **Exhibit 46** is a true and correct copy of MPS Deposition Exhibit 66, June7, 2017 email from John Dwyer to Marc Shore and John Searfoss [MPS-001013].

47.     Attached as **Exhibit 47** is a true and correct copy of the November 7, 2017, Declaration of Margaret O'Leary [Dkt. 147].

10893976v1

48. Attached, as **Exhibit 48** and designated as Attorneys' Eyes Only, is a true and correct copy of CPI's damages calculations, provided with CPI's May 1, 2018, Amended Interrogatory Answers.

49. Attached as **Exhibit 49** is a true and correct copy of Plaintiffs' February 2, 2018 discovery production deficiency letter to defendant's MPS, Glinert, and Searfoss, identifying gaps indicated by un-matching text messaging conversation logs produced on behalf of Glinert and Searfoss. For example, a March 7, 2017 text message from Glinert to Searfoss is included in Searfoss's text log, but the corresponding message is not present in Glinert's text log. The letter also provides specific examples of emails and text messages that indicate attachments of documents or photographs, but the attachments were not included in the production.

50. Attached as **Exhibit 50** is a true and correct copy of Plaintiff's February 20, 2018 discovery production deficiency letter regarding continuing deficiencies in the productions of MPS, Glinert, and Searfoss. In this letter, Plaintiffs provide an enclosure of the missing attachments in text messages and emails. The letter also identifies additional production deficiencies, including images with no bates numbers or time-stamps, making it impossible to discern from where they came, from whom they came, and to what they relate.

51. Attached as **Exhibit 51** is a true and correct copy of Plaintiffs' June 14, 2018 discovery production deficiency letter to defendant's MPS, Glinert, and Searfoss, which identifies defendants' failures within the last nearly five months to produce documents originating in electronic form in the proper format with their accompanying

attachments and photos, in the appropriate cognitive sequence (serial order). Further, the letter identifies defendants' ongoing failure to properly represent and produce their electronically stored information, as it is stored in the normal course of business; these deficiencies apply to all materials produced in this litigation, i.e. emails, attachments, eDocs, and text-messages transmitted from mobile devices.

52. Attached as **Exhibit 52** is a true and correct copy of the September 21, 2017, Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction [Dkt. 57].

53. Attached as **Exhibit 53** is a true and correct copy of WestRock's 2017 Annual Report, accessed online on July 9, 2018 at http://s21.q4cdn.com/975972157/files/doc_financials/annual/WestRock-2017-Annual-Report-FINAL.pdf .

54. Below is a chart showing what documents were produced by Defendants, and on which dates. I have examined and performed a thorough analysis of text entries produced by all Defendants. Upon comparison of each text log, I have found several examples of inconsistent conversations and instances where entries in one Defendant's text-log, are not present in the other Defendants text-log for the same conversation, where the other Defendant is clearly identified by phone number as a participant. By the time the hearing on the original Motion for Preliminary Injunction, held on November 27, 2017, was fully briefed, Plaintiffs only had available to them the documents shown in grey shade below:

10893976v1

| Bates Range | Date Produced | Producing Party | Notes |
|---|---|---|---|
| JD_0000001 - JD_0002019 | 10/20/17 | Dwyer | Text log at pages 2006-2019 |
| JD_0002020 - JD_0002058 | 10/24/17 | Dwyer | Text log with Glinert at pages 2020-2035; Text log with Searfoss at pages 2036-2058 |
| MPS-000001 - MPS-000107 | 10/24/17 | MPS | |
| MPS-000108 - MPS-000375 | 12/4/17 | MPS | |
| MPS-000376 - MPS-000621 | 12/8/17 | MPS | |
| MPS-000622 – MPS-000630 | 12/11/17 | MPS | |
| GLINERT-000001 - GLINERT-000019 | 1/10/18 | Glinert | Pages 1-14 a text log. |
| MPS-000631 - MPS-000641 | 1/10/18 | MPS | |
| SEARFOSS-000001 – SEARFOSS-000258 | 1/10/18 | Searfoss | Pages 1- 28 a text log. MPS Ex. 43. |
| MPS-000642 - MPS-001046 | 2/01/18 | MPS | |
| GLINERT-000020 - GLINERT-000033 | 2/15/18 | Glinert | All pages a text log. |
| SEARFOSS-000259 – SEARFOSS-000338 | 2/15/18 | Searfoss | All pages a text log. MPS Ex. 44. |

10893976v1

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: July 10, 2018

By: */s/ Nathan Ball*_____
Nathan Ball

10893976v1