UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CPI Card Group, Inc., and<br>CPI Card Group-Minnesota, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>John Dwyer,<br>Multipackaging Solutions, Inc.,<br>John Searfoss, and<br>Ken Glinert<br><br>Defendants. | Court File No. 17-cv-03983 (SRN-BRT)<br><br>**STATEMENT THAT ENTIRE<br>DOCUMENT IS CONFIDENTIAL OR<br>IMPRACTICABLE TO REDACT** |

Exhibits 1-53 to the Declaration of Nathan Ball Submitted in Connection with Plaintiffs' Motion to Expand Preliminary Injunction Order (Searfoss and Glinert) dated July 10, 2018 submitted in connection with Plaintiffs' Motion for Expanded Preliminary Injunction (Searfoss and Glinert) are filed under temporary seal pursuant to Local Rule 5.6 as these documents reveal and discuss Plaintiffs' confidential, trade secret, and/or proprietary business information, discovery materials designated as "Attorneys' Eyes Only," contain information from a sealed document of record (Memorandum and Opinion, Dkt. 213), and redaction is impracticable.

10894385v1

DATED:  July 10, 2018 **BRIGGS AND MORGAN, P.A.**

By   */s/  Karen D. McDaniel*
   Karen D. McDaniel (#194554)
   James J. Long (#190858)
   W. Knapp Fitzsimmons (#0391131)
   Mira Vats-Fournier (#0399692)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
Telephone: (612) 977-8400
Fax: (612) 977-8650
kmcdaniel@briggs.com
jlong@briggs.com
wfitzsimmons@briggs.com
mvats-fournier@briggs.com

**ATTORNEYS FOR PLAINTIFFS, CPI CARD GROUP, INC. AND CPI CARD GROUP-MINNESOTA, INC.**

10894385v1