UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CPI Card Group, Inc., and<br>CPI Card Group-Minnesota, Inc., | Court File No. 17-CV-03983 (SRN/BRT) |
| Plaintiffs, | |
| v. | |
| John Dwyer, Multi Packaging Solutions,<br>Inc., John Searfoss, and Ken Glinert, | |
| Defendants. | |

## DECLARATION OF BRIAN T. BENKSTEIN

I, Brian T. Benkstein, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am one of the attorneys representing Multi Packaging Solutions, Inc. ("MPS"), John Searfoss ("Searfoss"), and Ken Glinert ("Glinert") (collectively the "MPS Defendants") in this action.

1.  I submit this declaration in support of Searfoss and Glinert's respective responses to CPI Card Group, Inc. and CPI Card Group-Minnesota, Inc.'s (collectively "CPI") Motion for an "Expanded" Preliminary Injunction.

2.  MPS and John Dwyer ("Dwyer") produced documents to CPI on or about October 24, 2017.

3.  On October 25, 2017, my office received CPI's Requests for Production of Documents directed to Glinert and Searfoss which commanded a response before noon the following day. CPI took the depositions of Glinert and Searfoss on October 26, 2017.

1

4. As to Glinert's alleged missing text messages, my office did not re-produce his texts that were already produced by Dwyer or Searfoss for the sake of efficiency.

5. Throughout discovery, CPI consistently chastised Defendants for "duplicative" and "repetitious" productions. Thus, my office undertook significant effort to avoid producing duplicative material. Searfoss' cell phone records were reviewed first, which is why his text message production numbers in the hundreds of pages. To the extent Glinert's cell phone records contained texts not present in those logs, they were produced separately.

6. CPI's counsel first raised its "suspicion" of inconsistent texts on June 14, 2018. In response, my office explained the above efforts to avoid duplicative production.

7. Attached hereto are copies of the following documents:

**EXHIBIT 1**  Deposition of Ken Glinert, dated October 26, 2017 **[filed under temporary seal[1]]**

**EXHIBIT 2**  Deposition of John Searfoss, dated October 26, 2017 **[filed under temporary seal]**

**EXHIBIT 3**  Deposition of Margaret O'Leary as CPI's Corporate Designee Pursuant to Rule 30(b)(6), dated March 22, 2018 and July 19, 2018 **[filed under temporary seal]**

---

[1] As noted in the under-seal statement, the MPS Defendants do not believe the transcripts included herein should be filed under seal. However, throughout litigation, CPI has taken aggressive and inconsistent positions regarding what information should be withheld from the parties, and the public. The MPS Defendants have attempted to de-designate their transcripts pursuant to the Protective Order but CPI will not agree (or respond). Thus, to provide CPI an opportunity to review this information and designate certain portions confidential, the undersigned is filing Exhibits 1-5 under seal for **three business days**. At the conclusion of that period, the undersigned will unseal the information unless CPI raises objection.

2

**EXHIBIT 4**   Deposition of Ken Glinert as MPS's Corporate Designee Pursuant to Rule 30(b)(6), dated March 13, 2018 **[filed under temporary seal]**

**EXHIBIT 5**   Deposition of Stacy Bauer, dated July 31, 2018 **[filed under temporary seal]**

**EXHIBIT 6**   CPI's 2015 Initial Stock Offering, identifying its primary competitors, card pricing and website integration

**EXHIBIT 7**   Documents reflecting CPI's stock price obtained from Reuters and Google websites on August 2, 2018

**EXHIBIT 8**   March 22, 2017 email from Korissa Faiman (Green Dot) copying Glinert, subject line "Re: Gray Card File"

**EXHIBIT 9**   August 11, 2017 email form Candy Wise (Group O) to John Dwyer and others, subject line "RE: QRails Slides," produced by MPS on February 1, 2018 as MPS-000893–94

**EXHIBIT 10**   February 9, 2017 email from Kathleen Dunkin (Green Dot) to Mark Bailey (MPS) and others, subject line "RE: card press proof"

**EXHIBIT 11**   Information culled from i3 Plastic Cards website by CPI, previously marked as Deposition Exhibits 15 and 17.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 7, 2018.                     *s/Brian T. Benkstein*_____
                                                  Brian T. Benkstein

4837-2393-3038, v. 1