**UNITED STATES DISTRICT COURT**
                            **DISTRICT OF MINNESOTA**


| | |
|---|---|
| **CPI Card Group, Inc., and**<br>**CPI Card Group-Minnesota, Inc.,** | **File No. 17-cv-03983 (SRN/BRT)** |
| Plaintiffs, | **ORDER** |
| **v.** | |
| **John Dwyer, Multi Packaging**<br>**Solutions, Inc., John Searfoss, and**<br>**Ken Glinert,** | |
| Defendants. | |

The letter request [Doc. No. 446] filed by counsel for Defendant John Dwyer is GRANTED. Defendant Dwyer may file a declaration in response to Plaintiffs' allegation of a court order violation, as stated in Plaintiffs' Reply Memorandum in Support of Motion to Expand Preliminary Injunction Order [Doc. No. 432], by 12:00 p.m. on August 20, 2018. Additionally, defense counsel may address this issue at the August 21, 2018 hearing.

IT IS SO ORDERED.

Dated: August 17, 2018                                s/Susan Richard Nelson
                                                                              SUSAN RICHARD NELSON
                                                                              United States District Judge