UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CPI Card Group, Inc., and<br>CPI Card Group-Minnesota, Inc.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>John Dwyer,<br>Multipackaging Solutions, Inc.,<br>John Searfoss, and<br>Ken Glinert<br><br>　　　　　Defendants. | Court File No.  17-cv-03983-SRN-BRT<br><br>**DECLARATION OF<br>DONALD A. GOROWSKY<br>SUBMITTED IN SUPPORT OF<br>PLAINTIFFS' RESPONSES TO<br>DEFENDANTS' MOTIONS TO<br>COMPEL** |

I, Donald A. Gorowsky, declare as follows:

　　1.　　I am a founding shareholder and President of Financial Advisors LLC. I have more than 35 years of combined experience in audit, accounting, finance, general management, financial consulting, and expert witness work.

　　2.　　I am a Certified Public Accountant (CPA) and have a Certificate in Management Accounting (CMA), a Certificate in Financial Forensics (CFF) and a Juris Doctor degree. I am currently licensed to practice law, although I am not acting as an attorney in this matter.

　　3.　　As a financial expert on damages, I provide assistance to attorneys in a variety of litigation matters and disputes involving many types of claims, including trade

1

secret misappropriation and patent infringement cases where lost profits are an issue and measure of damages.

4. I have been retained by Briggs and Morgan, Professional Association, in connection with the above-captioned matter.

5. During the past 27 years, I have been qualified as an expert on accounting, financial and/or damages subjects and have provided trial testimony in more than 80 trials and/or arbitration hearings, including 22 trials in Federal Court in Minnesota.

6. I submit this Declaration in Support of Plaintiffs' Responses to Defendants' Motions to Compel certain financial documents.

7. Attached hereto as Exhibit A is a true and correct copy of my Curriculum Vitae.

8. CPI Card Group Inc. ("CPI") is a publicly traded company (Nasdaq) and, as such, is required to regularly file reports with the United States Securities and Exchange Commission ("SEC"). For example, CPI has filed Form 10-K Annual Reports with the SEC for the fiscal years ended December 31, 2015, 2016 and 2017. CPI's Form 10-K for the fiscal year ended December 31, 2015 provided historical income statement data for 2012, 2013 and 2014.

9. CPI's Form 10-Ks explain that CPI's business consists of three reportable segments: U.S. Debit and Credit, U.S. Prepaid Debit and U.K. Limited.

10. CPI's current damages claim is isolated to CPI's U.S. Prepaid Debit business.

11. CPI maintains specific financial records for its U.S. Prepaid Debit business that does not include financial records for the other segments of CPI's business.

12. At this time, my preliminary lost-profits analysis and opinions are based on specific financial data related to CPI's U.S. Prepaid Debit business.

13. At this time, my preliminary lost-profits analysis and opinions do not include a claim for lost goodwill.

14. To the best of my understanding, CPI has produced the data upon which my preliminary analyses and opinions are based.

15. To the best of my understanding, MPS is seeking information on every segment of CPI's business, not just the U.S. Prepaid Debit business segment.

16. The financial data on the other two segments of CPI's business (U.S. Debit and Credit and U.K. Limited) is irrelevant to my analysis and opinion of damages to CPI's U.S. Prepaid Debit business.

17. In forming my preliminary opinions on damages, I did not rely on financial data before January 1, 2015.

18. In forming my preliminary opinion on damages, I did not rely on projects occurring before January 1, 2015.

19. If I were to subsequently decide to rely on financial data or projects before January 1, 2015, it is my understanding that CPI would produce such financial data or projects.

20. CPI's information and reasons underlying its reverse stock split in the fourth quarter of 2017 are disclosed in its Information Statement Schedule 14C filed with

the SEC. A reverse stock split has no effect on the company's consolidated financial statements. The effect of a reverse stock split is, among other things, to reduce the number of shares outstanding. The effect of this change relates to the per share calculations. CPI's actions related to a reverse stock split are irrelevant to a lost-profits analysis.

21. CPI disclosed in its Form 10-K for the fiscal year ended December 31, 2017 that it recorded goodwill impairment charges related to the U.S. Debit and Credit segment and in Other related to its Canadian business. These two segments of CPI's business are irrelevant to my analysis and opinion of damages to CPI's U.S. Prepaid Debit business.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2018.

By: */s/ Donald A. Gorowsky*_____
Donald A. Gorowsky, CPA, CMA, CFF, JD